**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00430-GPG

ELAINE SMITH,

    Applicant,

v.

ADAMS COUNTY COURT DIVISION 5,

    Respondent.

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Applicant has filed *pro se* an Amended Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 10) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 11), as well as a certified inmate trust fund account statement (ECF No. 13).  Applicant will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 11) is GRANTED.  It is

FURTHER ORDERED that process shall not issue at this time.  It is

FURTHER ORDERED that Applicant's previous motions to proceed *in forma pauperis* (ECF Nos. 2 and 7) are DENIED as moot.

2

DATED April 25, 2016, at Denver, Colorado.

                BY THE COURT:

                <u>s/ Gordon P. Gallagher</u>
                United States Magistrate Judge